# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN DOE

VERSUS

THE LOUISIANA BOARD OF
ETHICS

NO.  2024 CW 0333

**JULY 16, 2024**

---

In Re:  The Louisiana Board of Ethics, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 734769.

---

**BEFORE:  WOLFE, HESTER, AND MILLER, JJ.**

    **WRIT NOT CONSIDERED.** This writ application is untimely. Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal provides that the return date in civil cases shall not exceed 30 days from the date of notice of judgment, as provided in La. Code Civ. P. art. 1914. Although the notice of intent was timely filed, the return date order set the return date "in accordance with law". Notice of the judgment was mailed on November 16, 2023, and therefore, the deadline for filing this writ application was December 18, 2023. Rule 4-3 further provides that a court can extend the time for filing the application upon the filing of a motion for an extension of the return date filed within the original or an extended return date period. While relator filed a motion for extension of the return date with this court on April 4, 2024 (2024 CM 0299), such motion was untimely and was denied.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

                        **EW**
                        **CHH**
                        **SMM**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT